FILED

APR 29 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Criminal Case No. 08CR1338-JM
                                )
              Plaintiff,        )   I N F O R M A T I O N
                                )
     v.                         )   Title 8, U.S.C.,
                                )   Secs. 1324(a)(1)(A)(ii) and
ALBERTO PONCE-FIMBRES,          )   (v)(II) - Transportation of
                                )   Illegal Aliens and Aiding and
              Defendant.        )   Abetting
                                )

The United States Attorney charges:

On or about April 12, 2008, within the Southern District of California, defendant ALBERTO PONCE-FIMBRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Lopez-de la Cruz, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 29, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Sara Hingley
for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
4/16/08