

FILED

MAY 16 2008

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRmnc DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR1338-JM** |
| | ) | |
| Plaintiff, | ) | **FINDINGS AND RECOMMENDATION OF** |
| | ) | **THE MAGISTRATE JUDGE UPON A** |
| v. | ) | **PLEA OF GUILTY** |
| | ) | |
| **ALBERTO PONCE-FIMBRES**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon Defendant's request to enter a plea of Guilty pursuant
to Rule 11 of the Federal Rules of Criminal Procedure, this
matter was referred to the Magistrate Judge by the District
Judge, with the written consents of the Defendant, counsel for
the Defendant, and counsel for the United States.

Thereafter, the matter came on for a hearing on Defendant's
plea of guilty, in full compliance with Rule 11, Federal Rules of
Criminal Procedure, before the Magistrate Judge, in open court
and on the record.

In consideration of that hearing and the allocution made by
the Defendant under oath on the record and in the presence of
counsel, and the remarks of the Assistant United States Attorney,

///

08CR1338-JM

1    **I make the following FINDINGS - that the Defendant**
2    **understands:**
3        1.    the right to persist in a plea of "not guilty";
4        2.    the right to a speedy and public trial;
5        3.    the right to be tried by a jury, or the ability to
6              waive that right and have a judge try the case without
7              a jury;
8        4.    the right to the assistance of counsel at trial;
9        5.    that, at trial, there would be the right to confront
10             and cross-examine the witnesses against the Defendant;
11       6.    that, at trial, there is the right to present a
12             defense, and the right to have witnesses subpoenaed to
13             testify on the Defendant's behalf;
14       7.    that, at trial, the Defendant would have the right
15             against compelled self-incrimination;
16       8.    the nature of the charge filed in this case;
17       9.    the maximum possible sentence that could be imposed
18             (including imprisonment, fine, term of supervised
19             release, and mandatory special assessment), the effect
20             of a supervised release term, and that the sentencing
21             guidelines are only advisory so that the Court may
22             sentence Defendant up to the statutory maximum;
23       10.   the terms of the plea agreement;
24   **I further find that:**
25       11.   that Defendant's plea of guilty is made knowingly and
26             voluntarily;
27       12.   the Defendant is competent to enter a plea; and
28       13.   there is a factual basis for Defendant's plea.

1    **I therefore RECOMMEND that the District Judge accept the**

2    **Defendant's plea of guilty.**

3    The sentencing hearing will be before United States District

4    **Judge JEFFREY T. MILLER, on AUGUST 15, 2008, at 9:00 AM**.

5    Objections to these Findings and Recommendation must be

6    filed within 14 days of the date of this order.

7

8

9    Dated: <u>5/16/08</u>

            _____
10                           Honorable JAN M. ADLER
                             United States Magistrate Judge

11    Copies to:

12    Hon. JEFFREY T. MILLER
      U.S. District Judge
13

14    United States Attorney

15    LEILA MORGAN
      Counsel for Defendant
16

17

18

19

20

21

22

23

24

25

26

27

28